IN THE SUPREME COURT OF TEXAS

 No. 05-0291

 IN RE THE OFFICE OF THE ATTORNEY GENERAL OF TEXAS

 On Petition for Writ of Mandamus

ORDERED:

 Relator's unopposed motion for temporary relief, filed April 14,
2005, is granted. The following part of the order dated February 17,
2005, in Cause No. 1993-EM5-01271, styled In the interest of Theotis
Daniels a minor child, in the 131st Judicial District Court of Bexar
County, Texas, is stayed pending further order of this Court: "that the
parties are to submit to parentage testing immediately in accordance with
the agreed 'Order for Parentage Testing entered on February 23, 2004'."

 Done at the City of Austin, this September 2, 2005.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Gena Pelham, Deputy Clerk